NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## IN RE RAMBUS, INC.

2011-1247
(Reexamination No. 90/010,420)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

Before LOURIE, *Circuit Judge.*

### O R D E R

Hynix Semiconductor, Inc. moves for leave to file a brief amicus curiae in support of the appellee. Rambus, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

SEP 0 2 2011
_____

Date

/s/ Jan Horbaly
_____

Jan Horbaly
Clerk

cc:  Kathleen A. Daley, Esq.
     Raymond T. Chen, Esq.
     Theodore G. Brown, III, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 2 2011

JAN HORBALY
CLERK